UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEDRO FRANCISCO GOMEZ MONTIEL, § § Petitioner, § § VS. § WARDEN, PORT ISABEL SERVICE § DETENTION CENTER, *et al.*, § § Respondents. § | CIVIL ACTION NO. 1:26-CV-11 |

## ORDER REFERRING CASE

This case is referred to United States Magistrate Judge Ignacio Torteya, III to conduct all pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1).

Signed on January 12, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge